DAVID C. CLARKE, OSB No. 100842
19190 SW 90th Ave. #4528
Tualatin, OR 97062
Tel. (503)686-0981
Fax. (888)502-6175
Email. *david@clarkelawoffice.com*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CARL JOSEPH TRENTADUE (aka CARLO TRENTA) ) ) ) | Case No. 3:18-cv-01517-SB |
| Plaintiff, ) ) | |
| ) | GENERAL JUDGMENT BY |
| vs. ) | DEFAULT |
| ) | |
| JOHN DONALD LAMONTE, an individual, ) CREATIVE SOUNDS, LTD., a corporation, and ) DOES 1 through 100, inclusive, ) ) ) | |
| Defendants. ) ) | |

      Defendants John Donald Lamonte and Creative Sounds, LTD, were served personally on August 23, 2018, and both failed to appear. On October 11, 2018, the clerk of this court entered an order of default against both defendants. On March 6, 2019, Magistrate Judge Stacie F. Beckerman filed her Findings and Recommendations. No objection having been filed, this court, Hon. Michael H. Simon, adopted Judge Beckerman's Findings and Recommendations, including a permanent injunction enjoining Defendants from any further infringement of the Copyrighted Works, ordering Defendants

to destroy any unauthorized copies of the Copyrighted Works, an award of $70,000.00 in statutory damages against Defendants John Donald Lamonte and Creative Sounds, LTD, and dismissal without prejudice against Defendants Does.

## MONEY AWARD

| | |
|---|---|
| a. Judgment Creditor: | Carl Joseph Trentadue, c/o David C. Clarke, Attorney, 3875 SW Hall Blvd., Beaverton, OR 97005 |
| b. Attorney for Judgment Creditor: | David C. Clarke, Attorney, 3875 SW Hall Blvd., Beaverton, OR 97005 |
| c. Judgment Debtors: | JOHN DONALD LAMONTE<br>270 Canyon Dr.<br>Sedona, AZ 86336<br>DOB: unknown<br>EIN: N/A<br>ODL: unknown<br><br>CREATIVE SOUNDS, LTD.<br>c/o John Donald Lamonte<br>270 Canyon Dr.<br>Sedona, AZ 86336<br>DOB: N/A<br>EIN: unknown<br>ODL: N/A |
| d. Attorney for Judgment Debtor: | None |
| e. Person or Public Body Entitled to Portion of payment made on Judgment: | None |
| f. Amount of Money Award: | $70,000.00 |
| g. Pre-Judgment Attorney fees: | None |

///

///

///

///

Page 2 of 4 – GENERAL JUDGMENT BY DEFAULT

| | |
|---|---|
| h. Costs Award: | None |
| i. Pre-judgment Interest: | None |
| j. Post-Judgment Interest: | Twelve per cent simple per annum from 10/11/18 until paid. |

DATED this 8th day of April, 2019.

_____
The Honorable Michael H. Simon
U.S. District Court Judge

Presented this 5th day of April 2019.

/s/ David C Clarke
David C. Clarke, OSB #100842
Attorney for Plaintiff
19190 SW 90th Ave., #4528
Tualatin, OR 97062
TEL. 503-680-0981
FAX. 888-502-6175